**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CASIELLES, MANUEL<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-07236 SA<br><br>JUDGE Jack B. Schmetterer |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 SOUTH DEARBORN, COURTROOM 682
          CHICAGO, ILLINOIS 60604

    On:   **October 25, 2007**
    At:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                             $         65,054.59

    b. Disbursements                        $         30,001.34

    c. Net Cash Available for Distribution  $         35,053.25

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $4,773.78 | |

| | | |
|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $4,059.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $26.28 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $1,290.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CITY OF CHICAGO | $ 1,290.00 | $ 1,290.00 |
| 1I | CITY OF CHICAGO | $ 87.39 | $ 87.39 |
| SURPLUS | CASIELLES, MANUEL | $ 24,816.80 | $ 24,816.80 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon any property at the hearing.


Dated: **September 14, 2007**            For the Court,


                                         By:**KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             Clerk of the United States Bankruptcy Court

                                                                                         219 S. Dearborn Street; 7th Floor
                                                                                          Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
                  Chicago, IL  60603
Phone No.:  (312) 641-6777

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7                  Page 1 of 1            Date Rcvd: Sep 14, 2007
Case: 06-07236                 Form ID: pdf002              Total Served: 9

The following entities were served by first class mail on Sep 16, 2007.
db           +Manuel Casielles,   4701 N St Louis Apt 38,   Chicago, IL 60625-5392
aty          +Tony Thedford,   Law Office of Tony Thedford,   6133 S. Ellis Ave.,   Chicago, IL 60637-2613
tr           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10785578     +CITY OF CHGO PK TICKET BK UNIT,   333 S STATE RM ST 540,   CHICAGO, IL 60604-3951
11440677     +CITY OF CHICAGO,   DEPARTMENT OF REVENUE,   BUREAU OF PARKING-BANKRUPTCY,
               121 N. LASALLE STREET, ROOM 107A,   CHICAGO, IL 60602-1232
10785580      CITY OF CHICAGO DEPT OF REVENUE,   Chicago, IL 60680
10785581      CRD PRT ASSO,   1355 NOEL RD, STE 2,   DALLAS, TX 75240
10785583     +LINEBARGER GOGGAN BLAIR & SIMP,   PO BOX 803225,   CHICAGO, IL 60680-3225
10785584     +PEOPLES ENERGY,   130 E. RANDOLPH,   Chicago, IL 60601-6302

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp*          +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10785579*    +CITY OF CHGO PK TICKET BK UNIT,   333 S STATE RM ST 540,   CHICAGO, IL 60604-3951
10785582*     CRD PRT ASSO,   1355 NOEL RD, STE 2,   DALLAS, TX 75240
10853891*     CRD PRT ASSO,   1355 Noel RD Ste 2,   Dallas,TX 75240
10853894*    +City of Chgo PK TICKET BK Unit,   333 S State RM ST 540,   Chicago, IL 60604-3951
10853895*     City of Chicago Dept of Revenue,   Chicago, IL 60680
10853892*    +Linebarger Goggan Blair & Simp,   Po Box 803225,   Chicago,IL 60680-3225
10853893*    +Peoples Energy,   130 E Randolph,   Chicago, IL 60601-6302
                                                                                           TOTALS: 0, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2007**          **Signature:** *Joseph Speetjens*