# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-07236 SA | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | CASIELLES, MANUEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***_*****92-65 - Money Market Account |
| Taxpayer ID #: | 13-7566722 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/18/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/10/07 | {4} | Vanguard Health Management, Inc. | Settlement of Personal Injury Case | 1242-000 | 65,000.00 | | 65,000.00 |
| 05/17/07 | 1001 | Steven J. Malman | Special Counsel Fees for PI Case | 3210-600 | | 23,201.34 | 41,798.66 |
| 05/17/07 | 1002 | Illinois Department of Healthcare and Family Services | Payment of Lien | 4220-000 | | 6,800.00 | 34,998.66 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.57 | | 35,015.23 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.07 | | 35,033.30 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.95 | | 35,053.25 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.34 | | 35,072.59 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.48 | | 35,090.07 |
| 10/25/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 16.23 | | 35,106.30 |
| 10/25/07 | | To Account #*********9266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 35,106.30 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 65,107.64 | 65,107.64 | $0.00 |
| Less: Bank Transfers | 0.00 | 35,106.30 | |
| Subtotal | 65,107.64 | 30,001.34 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $65,107.64 | $30,001.34 | |


EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-07236 SA | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | CASIELLES, MANUEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7566722 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/18/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/25/07 | | From Account #********9265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 35,106.30 | | 35,106.30 |
| 10/29/07 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $4,773.78, Trustee Compensation; Reference: | 2100-000 | | 4,773.78 | 30,332.52 |
| 10/29/07 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,059.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,059.00 | 26,273.52 |
| 10/29/07 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $26.28, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 26.28 | 26,247.24 |
| 10/29/07 | 104 | CITY OF CHICAGO | Dividend paid 100.00% on $1,290.00; Claim# 1; Filed: $1,290.00; Reference: | 7100-000 | | 1,290.00 | 24,957.24 |
| 10/29/07 | 105 | CITY OF CHICAGO | Dividend paid 100.00% on $87.39; Claim# 1l; Filed: $87.39; Reference: | 7990-000 | | 87.39 | 24,869.85 |
| 10/29/07 | 106 | CASIELLES, MANUEL | Dividend paid 100.00% on $24,869.85; Claim# SURPLUS; Filed: $24,869.85; Reference: | 8200-000 | | 24,869.85 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 35,106.30 | 35,106.30 | $0.00 |
| Less: Bank Transfers | 35,106.30 | 0.00 | |
| Subtotal | 0.00 | 35,106.30 | |
| Less: Payments to Debtors | | 24,869.85 | |
| NET Receipts / Disbursements | $0.00 | $10,236.45 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-07236 SA | | Trustee: | GLENN R. HEYMAN (330360) |
| Case Name: | CASIELLES, MANUEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7566722 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/18/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| MMA # ***-*****92-65 | | 65,107.64 | 30,001.34 | 0.00 |
| Checking # ***-*****92-66 | | 0.00 | 10,236.45 | 0.00 |
| | | $65,107.64 | $40,237.79 | $0.00 |